*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 23-13396

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1, Petitioners American Securities Association (ASA) and Citadel Securities LLC provide the following certificate of interested persons:

The undersigned counsel of record certify that the following listed persons and entities as described in 11th Circuit Rule 26.1-2 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1.  **American Securities Association**, Petitioner.

2.  **Citadel Securities GP LLC**, parent company of Citadel Securities LLC.

3.  **Citadel Securities LLC**, Petitioner.

4.  **Connolly, J. Michael**, Consovoy McCarthy PLLC, counsel for Petitioner American Securities Association.

5.  **Francisco, Noel J.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

6.  **Hoyt, Joshua T.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

7.  **Lucas, Brinton**, Jones Day, counsel for Petitioner Citadel Securities LLC.

8.  **Matro, Daniel**, counsel for Respondent United States Securities and Exchange Commission.

9.  **Phillips, David**, Jones Day, counsel for Petitioner Citadel Securities LLC.

10. **Rabbitt, Brian C.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

11.   **Roth, Yaakov M.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

12.   **United States Securities and Exchange Commission**, Respondent.

No publicly traded company or corporation has an interest in the outcome of the case. Petitioners will file an amended certificate of interested persons should they become aware of a change in interests that would affect the disclosures as required by Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-4.

Dated: October 31, 2023

Respectfully submitted,

/s/ J. Michael Connolly
J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Petitioner American Securities Association*

/s/ Noel J. Francisco
Noel J. Francisco
Yaakov M. Roth
Brian C. Rabbitt
Brinton Lucas
Joshua T. Hoyt
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

David Phillips
JONES DAY
4655 Executive Drive, Ste. 1500
San Diego, CA 92121

*Counsel for Petitioner Citadel Securities LLC*

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 23-13396

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel hereby certify that the ASA is a nonprofit trade association that represents the wealth management and capital markets interests of regional financial services firms. ASA members are small and regional financial services companies who advise Americans how to create and preserve wealth; provide Main Street businesses with access to capital and advisory services; raise capital for schools, hospitals, cities, and states; and work with institutional investors to increase investment returns. Counsel further certify that no parent corporation, and no publicly held corporation has a 10% or greater ownership interest in the ASA.

Petitioner Citadel Securities LLC is a wholly owned, indirect subsidiary of Citadel Securities GP LLC. Counsel further certify that no publicly held corporation has a 10% or greater ownership interest in Citadel Securities GP LLC.

Dated: October 31, 2023                     Respectfully submitted,

/s/ J. Michael Connolly                      /s/ Noel J. Francisco
J. Michael Connolly                          Noel J. Francisco
CONSOVOY MCCARTHY PLLC                        Yaakov M. Roth
1600 Wilson Blvd., Suite 700                  Brian C. Rabbitt
Arlington, VA 22209                           Brinton Lucas
(703) 243-9423                                Joshua T. Hoyt
mike@consovoymccarthy.com                     JONES DAY
                                              51 Louisiana Ave., NW
                                              Washington, DC 20001
*Counsel for Petitioner American*             (202) 879-3939
*Securities Association*                      njfrancisco@jonesday.com

                                              David Phillips
                                              JONES DAY
                                              4655 Executive Drive, Ste. 1500
                                              San Diego, CA 92121

                                              *Counsel for Petitioner Citadel*
                                              *Securities LLC*