No. 23-13396

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

AMERICAN SECURITIES ASSOCIATION and CITADEL SECURITIES LLC,
*Petitioners,*

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
*Respondent.*

_____

ON PETITION FOR REVIEW OF SEPTEMBER 6, 2023 ORDER OF THE
U.S. SECURITIES AND EXCHANGE COMMISSION

_____

**INTERVENOR-APPLICANTS
THE NASDAQ STOCK MARKET LLC, NASDAQ BX, INC.,
NASDAQ GEMX, LLC, NASDAQ ISE, LLC, NASDAQ MRX,
LLC, AND NASDAQ PHLX LLC'S CERTIFICATE OF
INTERESTED PERSONS**

_____

Paul Lantieri III
Stephen J. Kastenberg[†]
Timothy Katsiff[†]
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

*Counsel for Proposed Intervenors The
Nasdaq Stock Market LLC, Nasdaq BX,
Inc., Nasdaq GEMX, LLC, Nasdaq ISE,
LLC, Nasdaq MRX, LLC, and Nasdaq
PHLX LLC*

[†] *Application for admission to the Eleventh Circuit pending*

*American Securities Association, et al. v. United States Securities and Exchange Commission,*
No. 23-13396

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

### CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT (CIP)

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Intervenor-Applicants certify that the following is a complete list of trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

**Borse Dubai Limited**, owner of more than 10% of Nasdaq, Inc.'s shares

**International Securities Exchange Holdings, Inc.**, sole LLC member of Nasdaq GEMX LLC, Nasdaq ISE LLC, and Nasdaq MRX LLC

**Investor AB**, owner of more than 10% of Nasdaq, Inc.'s shares

**Kastenberg, Stephen J.**, Ballard Spahr LLP, counsel for Intervenor-Applicants

**Katsiff, Timothy D.**, Ballard Spahr LLP, counsel for Intervenor-Applicants

**Lantieri, Paul**, Ballard Spahr LLP, counsel for Intervenor-Applicants

**Nasdaq, Inc. (NDAQ)**, sole owner of LLC interest in The Nasdaq Stock Market LLC and Nasdaq PHLX LLC and parent company of Nasdaq BX, Inc.

**Nasdaq BX, Inc.**, Intervenor-Applicant

*American Securities Association, et al. v. United States Securities and Exchange Commission,*
No. 23-13396

**Nasdaq GEMX, LLC**, Intervenor-Applicant

**Nasdaq ISE, LLC**, Intervenor-Applicant

**Nasdaq MRX, LLC**, Intervenor-Applicant

**Nasdaq PHLX LLC**, Intervenor-Applicant

**The Nasdaq Stock Market LLC**, Intervenor-Applicant

**Thoma Bravo UGP, LLC**, owner of more than 10% of Nasdaq, Inc.'s shares.

No publicly-traded company or corporation, other than those identified above or in the certificate of interested persons filed by Petitioners on October 17, 2023, has an interest in the outcome of this case. Intervenor-Applicants will file an amended certificate of interested persons should they become aware of a change in interests that would affect the disclosures as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-4.

*American Securities Association, et al. v. United States Securities and Exchange Commission,*
No. 23-13396

Date: November 14, 2023

*/s/ Paul Lantieri III*
Paul Lantieri III
Stephen J. Kastenberg[†]
Timothy D. Katsiff[†]
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
lantierip@ballardspahr.com
kastenberg@ballardspahr.com
katsifft@ballardspahr.com

---

[†] Application for admission to the Eleventh Circuit pending.

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, I electronically filed the foregoing with the United States Court of Appeals for the Eleventh Circuit through the Court's CM/ECF system. Parties represented by registered CM/ECF users will be served by the CM/ECF system.

*/s/ Paul Lantieri III*
Paul Lantieri III