No. 23-13396

---

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

*American Securities Association et al.,*
Petitioners,

*v.*

*United States Securities and Exchange Commission,*
Respondent

---

**Certificate of Interested Persons and Corporate Disclosure Statement of Intervenor-Movants New York Stock Exchange LLC, NYSE American LLC, NYSE Arca, Inc., NYSE Chicago, Inc., and NYSE National, Inc.**

---

Jennifer G. Altman
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue
Suite 3100
Miami, Florida  33131
Tel:  786-913-4831
*jennifer.altman@pillsburylaw.com*

Matthew J. MacLean
(*pro hac vice* motion forthcoming)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC  20036
Tel:  202-663-8183
*matthew.maclean@pillsburylaw.com*

*Counsel for NYSE Intervenors*

*American Securities Association, et al., v. United States*
*Securities and Exchange Commission*
No. 23-13396

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1, Intervenor-Movants New York Stock Exchange LLC, NYSE American LLC, NYSE Arca, Inc., NYSE Chicago, Inc., and NYSE National, Inc. (the "NYSE Intervenors") provide the following certificate of interested persons.

The undersigned counsel for the NYSE Intervenors certifies that the following interested persons have an interest in the outcome of this case, in addition to the interested persons identified in Petitioners' Certificate of Interested Persons (Oct. 31, 2023) [Doc. No. 6]:

1. **Altman, Jennifer G.**, Pillsbury Winthrop Shaw Pittman LLP, counsel for NYSE Intervenors

2. **Intercontinental Exchange, Inc. (ICE)**, indirect parent of NYSE Intervenors

3. **MacLean, Matthew J.**, Pillsbury Winthrop Shaw Pittman LLP, counsel for NYSE Intervenors

4. **New York Stock Exchange LLC**, Intervenor

5. **NYSE American LLC**, Intervenor

6. **NYSE Arca, Inc.**, Intervenor

7. **NYSE Chicago, Inc.**, Intervenor

8. **NYSE National, Inc.**, Intervenor

*American Securities Association v. United States Securities and Exchange Commission*
No. 23-13396

November 14, 2023.

Respectfully submitted,

**New York Stock Exchange LLC**
**NYSE American LLC**
**NYSE Arca, Inc.**
**NYSE Chicago, Inc.**
**NYSE National, Inc.**

*s/ Jennifer G. Altman*

Jennifer G. Altman
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue
Suite 3100
Miami, Florida  33131
Tel:  786-913-4880
*jennifer.altman@pillsburylaw.com*

Matthew J. MacLean
(*pro hac vice* motion forthcoming)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC  20036
Tel:  202-663-8183
*matthew.maclean@pillsburylaw.com*

*Counsel for NYSE Intervenors*

*American Securities Association v. United States*
*Securities and Exchange Commission*
No. 23-13396

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel hereby certifies that Intervenor-Movants New York Stock Exchange LLC, NYSE American LLC, NYSE Arca, Inc., NYSE Chicago, Inc., and NYSE National, Inc. are indirect wholly-owned subsidiaries of Intercontinental Exchange, Inc., which is publicly traded under the stock symbol "ICE."  ICE has no parent corporation and, as of the date hereof, no publicly held company owns 10% or more of its stock.

November 14, 2023.                    Respectfully submitted,

**New York Stock Exchange LLC**
**NYSE American LLC**
**NYSE Arca, Inc.**
**NYSE Chicago, Inc.**
**NYSE National, Inc.**

*s/ Jennifer G. Altman*
Jennifer G. Altman
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue
Suite 3100
Miami, Florida  33131
Tel:  786-913-4880
*jennifer.altman@pillsburylaw.com*

*American Securities Association v. United States*
*Securities and Exchange Commission*
No. 23-13396

Matthew J. MacLean
(*pro hac vice* motion forthcoming)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC  20036
Tel:  202-663-8183
*matthew.maclean@pillsburylaw.com*

*Counsel for NYSE Intervenors*

*American Securities Association v. United States*
*Securities and Exchange Commission*
No. 23-13396

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on November 14, 2023, a copy of the foregoing was served upon counsel of record for all parties by filing through the electronic case filing system.

November 14, 2023.

                                        Respectfully submitted,


                                        *s/ Jennifer G. Altman*
                                        Jennifer G. Altman
                                        Pillsbury Winthrop Shaw Pittman LLP
                                        600 Brickell Avenue
                                        Suite 3100
                                        Miami, Florida  33131
                                        Tel:  786-913-4880
                                        *jennifer.altman@pillsburylaw.com*

                                        *Counsel for NYSE Intervenors*