# EXHIBIT A

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 23-13396

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## AMENDED CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1, Petitioners American Securities Association (ASA) and Citadel Securities LLC provide the following certificate of interested persons:

The undersigned counsel of record certify that the following listed persons and entities as described in 11th Circuit Rule 26.1-2 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. **Altman, Jennifer G.**, Pillsbury Winthrop Shaw Pittman LLP, counsel for NYSE Intervenor-Applicants.

2. **American Securities Association**, Petitioner.

3. **ArentFox Schiff LLP**, counsel for Intervenor-Applicants Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

4. **Borse Dubai Limited**, owner of more than 10% of Nasdaq, Inc.'s shares.

5. **BOX Exchange LLC**, member and participant of CAT LLC.

6. **Boyle, Gregory**, counsel for Intervenor-Applicant Consolidated Audit Trail, LLC.

7. **Cboe BYX Exchange, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

8. **Cboe C2 Exchange, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

USCA11 Case: 23-13396    Document: (32 of 28)    Date Filed: 11/17/2023    Page: 3 of 8
*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 23-13396

9. **Cboe EDGA Exchange, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

10. **Cboe EDGX Exchange, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

11. **Cboe Exchange, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

12. **Cboe Global Markets, Inc. (BATS: CBOE)**, direct or indirect parent company of Intervenor-Applicants Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

13. **Citadel Securities GP LLC**, parent company of Petitioner Citadel Securities LLC.

14. **Citadel Securities LLC**, Petitioner.

15. **Connolly, J. Michael**, Consovoy McCarthy PLLC, counsel for Petitioner American Securities Association.

16. **Consolidated Audit Trail, LLC**, Intervenor-Applicant.

17. **Financial Industry Regulatory Authority, Inc.**, member and participant of Intervenor-Applicant CAT LLC.

18. **Francisco, Noel J.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

19. **Gershengorn, Ian Heath**, counsel for Intervenor-Applicant Consolidated Audit Trail, LLC.

20. **Greenwalt III, Paul E.**, counsel for Intervenor-Applicants Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

21. **Hardin, Tracey A.**, counsel for Respondent United States Securities and Exchange Commission.

22. **Hoyt, Joshua T.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

23. **Intercontinental Exchange, Inc. (NYSE: ICE)**, indirect parent of NYSE Intervenor-Applicants.

24. **International Securities Exchange Holdings, Inc.**, sole LLC member of Nasdaq GEMX LLC, Nasdaq ISE LLC, and Nasdaq MRX LLC.

25. **Investor AB (Nasdaq Stockholm: INVEB)**, owner of more than 10% of Nasdaq, Inc.'s shares.

26. **Investors' Exchange, LLC**, member and participant of Intervenor-Applicant CAT LLC.

27. **Kastenberg, Stephen J.**, Ballard Spahr LLP, counsel for Intervenor-Applicants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC.

28. **Katsiff, Timothy D.**, Ballard Spahr LLP, counsel for Intervenor-Applicants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC.

29. **Lantieri, Paul**, Ballard Spahr LLP, counsel for Intervenor-Applicants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC.

30. **Long-Term Stock Exchange, Inc.**, member and participant of Intervenor-Applicant CAT LLC.

31. **Lucas, Brinton**, Jones Day, counsel for Petitioner Citadel Securities LLC.

32. **MacLean, Matthew J.**, Pillsbury Winthrop Shaw Pittman LLP, counsel for NYSE Intervenor-Applicants.

33. **Matro, Daniel**, counsel for Respondent United States Securities and Exchange Commission.

34. **MEMX LLC**, member and participant of Intervenor-Applicant CAT LLC.

35. **Miami International Securities Exchange LLC**, member and participant of Intervenor-Applicant CAT LLC.

36. **MIAX Emerald, LLC**, member and participant of Intervenor-Applicant CAT LLC.

37. **MIAX PEARL, LLC**, member and participant of Intervenor-Applicant CAT LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission,*
No. 23-13396

38. **Molzberger, Michael**, counsel for Intervenor-Applicants Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

39. **Nasdaq BX, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

40. **Nasdaq GEMX, LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

41. **Nasdaq, Inc. (Nasdaq: NDAQ)**, sole owner of LLC interest in The Nasdaq Stock Market LLC and Nasdaq PHLX LLC and parent company of Nasdaq BX, Inc.

42. **Nasdaq ISE, LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

43. **Nasdaq MRX, LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

44. **Nasdaq PHLX LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

45. **New York Stock Exchange LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

46. **NYSE American LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

47. **NYSE Arca, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

48. **NYSE Chicago, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

49. **NYSE National, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

50. **Phillips, David**, Jones Day, counsel for Petitioner Citadel Securities LLC.

51. **Rabbitt, Brian C.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

52. **Roth, Yaakov M.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 23-13396

53.  **The Nasdaq Stock Market LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC

54.  **The Vanguard Group, Inc.**, owned 10% or more of Cboe Global Markets, Inc.'s common stock as of June 30, 2023.

55.  **Thoma Bravo UGP, LLC**, owner of more than 10% of Nasdaq, Inc.'s shares.

56.  **Unikowsky, Adam G.**, counsel for Intervenor-Applicant Consolidated Audit Trail, LLC.

57.  **United States Securities and Exchange Commission**, Respondent.

Petitioners will file an amended certificate of interested persons should they become

aware of a change in interests that would affect the disclosures as required by Federal

Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-4.

Dated: November 17, 2023                          Respectfully submitted,

*/s/ J. Michael Connolly*                         */s/ Noel J. Francisco*
J. Michael Connolly                               Noel J. Francisco
CONSOVOY MCCARTHY PLLC                            Yaakov M. Roth
1600 Wilson Blvd., Suite 700                      Brian C. Rabbitt
Arlington, VA 22209                               Brinton Lucas
(703) 243-9423                                    Joshua T. Hoyt
mike@consovoymccarthy.com                         JONES DAY
                                                  51 Louisiana Ave., NW
*Counsel for Petitioner American*                 Washington, DC 20001
*Securities Association*                          (202) 879-3939
                                                  njfrancisco@jonesday.com

                                                  David Phillips
                                                  JONES DAY
                                                  4655 Executive Drive, Ste. 1500
                                                  San Diego, CA 92121

                                                  *Counsel for Petitioner Citadel*
                                                  *Securities LLC*

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 23-13396

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel hereby certify that the ASA is a nonprofit trade association that represents the wealth management and capital markets interests of regional financial services firms.  ASA members are small and regional financial services companies who advise Americans how to create and preserve wealth; provide Main Street businesses with access to capital and advisory services; raise capital for schools, hospitals, cities, and states; and work with institutional investors to increase investment returns.  Counsel further certify that no parent corporation, and no publicly held corporation has a 10% or greater ownership interest in the ASA.

Petitioner Citadel Securities LLC is a wholly owned, indirect subsidiary of Citadel Securities GP LLC.  Counsel further certify that no publicly held corporation has a 10% or greater ownership interest in Citadel Securities GP LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 23-13396

Dated: November 17, 2023

Respectfully submitted,

/s/ *J. Michael Connolly*
J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Petitioner American
Securities Association*

/s/ *Noel J. Francisco*
Noel J. Francisco
Yaakov M. Roth
Brian C. Rabbitt
Brinton Lucas
Joshua T. Hoyt
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

David Phillips
JONES DAY
4655 Executive Drive, Ste. 1500
San Diego, CA 92121

*Counsel for Petitioner Citadel
Securities LLC*