# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 20, 2023

John Michael Connolly
Consovoy McCarthy, PLLC
1600 WILSON BLVD STE 700
ARLINGTON, VA 22209

Noel John Francisco
Jones Day
51 LOUISIANA AVE NW
WASHINGTON, DC 20001

Joshua Timothy Hoyt
Jones Day
51 LOUISIANA AVE NW
WASHINGTON, DC 20001

Brinton Lucas
Jones Day
51 LOUISIANA AVE NW
WASHINGTON, DC 20001

David Phillips
Jones Day
4655 EXECUTIVE DR STE 1500
SAN DIEGO, CA 92121

Brian Charles Rabbitt
Jones Day
51 LOUISIANA AVE NW
WASHINGTON, DC 20001

Appeal Number:  23-13396-B
Case Style:  American Securities Association, et al v. U.S. Securities and Exchange Commission
Agency Docket Number:  34-98290

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case:

An extension of time to file response to motion has been granted to and including 12/01/2023

Clerk's Office Phone Numbers

| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

EXT-1 Extension of time