No. 23-13396

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

AMERICAN SECURITIES ASSOCIATION and CITADEL SECURITIES LLC,
*Petitioners*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
*Respondent.*

---

On Petition for Review of an Order
of the Securities and Exchange Commission

---

## RESPONDENT SECURITIES AND EXCHANGE COMMISSION'S
## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
## DISCLOSURE STATEMENT

---

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 23-13396

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit

Rule 26.1-1, the undersigned counsel for Respondent Securities and Exchange

Commission hereby certifies that, in addition to the persons and entities listed in the

Certificate of Interested Persons filed by Petitioners, ECF No. 6, the following

persons and entities have an interest in the outcome of this case:

1) Barbero, Megan, counsel for Respondent Securities and Exchange Commission;

2) Conley, Michael A., counsel for Respondent Securities and Exchange Commission;

3) Hardin, Tracey A., counsel for Respondent Securities and Exchange Commission;

4) Kennedy, Jordan, counsel for Respondent Securities and Exchange Commission;

5) Matro, Daniel E., counsel for Respondent Securities and Exchange Commission.

Respectfully submitted,

MEGAN BARBERO
*General Counsel*

MICHAEL A. CONLEY
*Solicitor*

TRACEY A. HARDIN
*Assistant General Counsel*

/s/ *Daniel E. Matro*
DANIEL E. MATRO
*Senior Appellate Counsel*

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9040
(202) 551-8248 (Matro)
matrod@sec.gov

November 22, 2023

C-1 of 1

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit by using the Court's CM/ECF system, which will send notice to all the parties.

/s/ Daniel E. Matro
DANIEL E. MATRO

November 22, 2023