# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 28, 2023

Daniel Matro
U.S. Securities & Exchange Commission
Office of the General Counsel
100 F ST NE
MAIL STOP 9040
WASHINGTON, DC 20549

Appeal Number:  23-13396-B
Case Style:  American Securities Association, et al v. U.S. Securities and Exchange Commission
Agency Docket Number:  34-98290

The following action has been taken in the referenced case:

<u>Respondent's Motion to for leave to file Certificate of Interested Persons Out of Time is GRANTED.</u>

<u>Electronic Filing</u>
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required,</u> non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

<u>Clerk's Office Phone Numbers</u>
General Information:     404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:    404-335-6135     Capital Cases:                    404-335-6200
CM/ECF Help Desk:    404-335-6125     Cases Set for Oral Argument:  404-335-6141

MOT-2 Notice of Court Action