*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 23-13396

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Respondent Securities and Exchange Commission hereby certifies that the following listed persons and entities as described in Eleventh Circuit Rule 26.1-2 have an interest in the outcome of this case:

1) Altman, Jennifer G., Pillsbury Withrop Shaw Pittman LLP, counsel for NYSE Intervenor-Applicants.

2) American Securities Association, Petitioner.

3) ArentFox Schiff LLP, counsel for Intervenor-Applicants Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

4) Barbero, Megan, counsel for Respondent Securities and Exchange Commission.

5) Borse Dubai Limited, owner of more than 10% of Nasdaq, Inc.'s shares.

6) BOX Exchange LLC, member and participant of CAT LLC.

7) Boyle, Gregory, counsel for Consolidated Audit Trail, LLC.

8) Cboe BYX Exchange, Inc., member and participant of CAT LLC.

9) Cboe BZX Exchange, Inc., member and participant of CAT LLC.

10) Cboe C2 Exchange, Inc., member and participant of CAT LLC.

11) Cboe EDGA Exchange, Inc., member and participant of CAT LLC.

12) Cboe EDGX Exchange, Inc., member and participant of CAT LLC.

13) Cboe Exchange, Inc., member and participant of CAT LLC.

14) Cboe Global Markets, Inc. (BATS: CBOE), direct or indirect parent company of Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

15)  Citadel Securities GP LLC, parent company of Citadel Securities LLC.

16)  Citadel Securities LLC, Petitioner.

17)  Conley, Michael A., counsel for Respondent Securities and Exchange Commission.

18)  Connolly, J. Michael, Consovoy McCarthy PLLC, counsel for Petitioner American Securities Association.

19)  Consolidated Audit Trail, LLC, a jointly owned limited liability company formed under Delaware state law through which the participants conduct the activities of the CAT NMS Plan.

20)  Financial Industry Regulatory Authority, Inc., member and participant of CAT LLC.

21)  Francisco, Noel J., Jones Day, counsel for Petitioner Citadel Securities LLC.

22)  Hardin, Tracey A., counsel for Respondent Securities and Exchange Commission.

23)  Hoyt, Joshua T., Jones Day, counsel for Petitioner Citadel Securities LLC.

24)  Gershengorn, Ian Heath, counsel for Consolidated Audit Trail, LLC.

25)  Greenwalt, Paul, III, counsel for Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

26)  Intercontinental Exchange, Inc. (NYSE: ICE), indirect parent of NYSE Intervenor-Applicants.

27)  International Securities Exchange Holdings, Inc., sole LLC member of Nasdaq GEMX LLC, Nasdaq ISE LLC, and Nasdaq MRX LLC.

28)  Investor AB (Nasdaq Stockholm: INVEB), owner of more than 10% of Nasdaq, Inc.'s shares.

29)  Investors' Exchange, LLC, member and participant of CAT LLC.

30)  Jenner & Block LLP, counsel for Consolidated Audit Trail, LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*,
No. 23-13396

31) Kastenberg, Stephen J., Ballard Spahr LLP, counsel for Intervenor-Applicants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC.

32) Katsiff, Timothy D., Ballard Spahr LLP, counsel for Intervenor-Applicants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC.

33) Kennedy, Jordan, counsel for Respondent Securities and Exchange Commission.

34) Lantieri, Paul, Ballard Spahr LLP, counsel for Intervenor-Applicants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC.

35) Long-Term Stock Exchange, Inc., member and participant of CAT LLC.

36) Lucas, Brinton, Jones Day, counsel for Petitioner Citadel Securities LLC.

37) MacLean, Matthew J., Pillsbury Winthrop Shaw Pittman LLP, counsel for NYSE Intervenor-Applicants.

38) Matro, Daniel E., counsel for Respondent Securities and Exchange Commission.

39) MEMX LLC, member and participant of CAT LLC.

40) Miami International Securities Exchange LLC, member and participant of CAT LLC.

41) MIAX Emerald, LLC, member and participant of CAT LLC.

42) MIAX PEARL, LLC, member and participant of CAT LLC.

43) Molzberger, Michael, counsel for Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

44) Nasdaq BX, Inc., Intervenor-Applicant.

45) Nasdaq GEMX, LLC, Intervenor-Applicant.

*American Securities Association et al. v. United States Securities and Exchange Commission,*
No. 23-13396

46)   Nasdaq, Inc. (Nasdaq: NDAQ), sole owner of LLC interest in The Nasdaq Stock Market LLC and Nasdaq PHLX LLC and parent company of Nasdaq BX, Inc.

47)   Nasdaq ISE, LLC, Intervenor-Applicant.

48)   Nasdaq MRX, LLC, Intervenor-Applicant.

49)   Nasdaq PHLX LLC, Intervenor-Applicant.

50)   New York Stock Exchange LLC, Intervenor-Applicant.

51)   NYSE American LLC, Intervenor-Applicant.

52)   NYSE Arca, Inc., Intervenor-Applicant.

53)   NYSE Chicago, Inc., Intervenor-Applicant.

54)   NYSE National, Inc., Intervenor-Applicant.

55)   Phillips, David, Jones Day, counsel for Petitioner Citadel Securities LLC.

56)   Rabbitt, Brian C., Jones Day, counsel for Petitioner Citadel Securities LLC.

57)   Roth, Yaakov M., Jones Day, counsel for Petitioner Citadel Securities LLC.

58)   The Nasdaq Stock Market LLC, Intervenor-Applicant.

59)   The Vanguard Group, Inc., owned 10% or more of Cboe Global Markets, Inc.'s common stock as of June 30, 2023.

60)   Thoma Bravo UGP, LLC, owner of more than 10% of Nasdaq, Inc.'s shares.

61)   Unikowsky, Adam, counsel for Consolidated Audit Trail, LLC.

62)   United States Securities and Exchange Commission, Respondent.