# EXHIBIT A

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 23-13396

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1, Petitioners American Securities Association (ASA) and Citadel Securities LLC, and Respondent United States Securities and Exchange Commission provide the following certificate of interested persons:

The undersigned counsel of record certify that the following listed persons and entities as described in 11th Circuit Rule 26.1-2 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. **Altman, Jennifer G.**, Pillsbury Winthrop Shaw Pittman LLP, counsel for NYSE Intervenor-Applicants.

2. **American Securities Association**, Petitioner.

3. **ArentFox Schiff LLP**, counsel for Intervenor-Applicants Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

4. **Barbero, Megan**, counsel for Respondent United States Securities and Exchange Commission.

5. **Borse Dubai Limited**, owner of more than 10% of Nasdaq, Inc.'s shares.

6. **BOX Exchange LLC**, member and participant of CAT LLC.

C-1 of 9

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 23-13396

7.  **Boyle, Gregory**, counsel for Intervenor-Applicant Consolidated Audit Trail, LLC.

8.  **Cboe BYX Exchange, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

9.  **Cboe BZX Exchange, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

10.  **Cboe C2 Exchange, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

11.  **Cboe EDGA Exchange, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

12.  **Cboe EDGX Exchange, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

13.  **Cboe Exchange, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

14.  **Cboe Global Markets, Inc. (BATS: CBOE)**, direct or indirect parent company of Intervenor-Applicants Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

15.  **Citadel Securities GP LLC**, parent company of Petitioner Citadel Securities LLC.

16.  **Citadel Securities LLC**, Petitioner.

17.  **Conley, Michael A.**, counsel for Respondent United States Securities and Exchange Commission.

18.  **Connolly, J. Michael**, Consovoy McCarthy PLLC, counsel for Petitioner American Securities Association.

19.  **Consolidated Audit Trail, LLC**, Intervenor-Applicant.

20.  **Financial Industry Regulatory Authority, Inc.**, member and participant of Intervenor-Applicant CAT LLC.

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 23-13396

21. **Francisco, Noel J.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

22. **Gershengorn, Ian Heath**, counsel for Intervenor-Applicant Consolidated Audit Trail, LLC.

23. **Greenwalt III, Paul E.**, counsel for Intervenor-Applicants Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

24. **Hardin, Tracey A.**, counsel for Respondent United States Securities and Exchange Commission.

25. **Hoyt, Joshua T.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

26. **Intercontinental Exchange, Inc. (NYSE: ICE)**, indirect parent of NYSE Intervenor-Applicants.

27. **International Securities Exchange Holdings, Inc.**, sole LLC member of Nasdaq GEMX LLC, Nasdaq ISE LLC, and Nasdaq MRX LLC.

28. **Investor AB (Nasdaq Stockholm: INVEB)**, owner of more than 10% of Nasdaq, Inc.'s shares.

29. **Investors' Exchange, LLC**, member and participant of Intervenor-Applicant CAT LLC.

30. **Jenner & Block LLP**, counsel for Consolidated Audit Trail, LLC.

31. **Kastenberg, Stephen J.**, Ballard Spahr LLP, counsel for Intervenor-Applicants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC.

32. **Katsiff, Timothy D.**, Ballard Spahr LLP, counsel for Intervenor-Applicants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC.

33. **Kennedy, Jordan**, counsel for Respondent United States Securities and Exchange Commission.

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 23-13396

34. **Lantieri, Paul**, Ballard Spahr LLP, counsel for Intervenor-Applicants The Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC.

35. **Long-Term Stock Exchange, Inc.**, member and participant of Intervenor-Applicant CAT LLC.

36. **Lucas, Brinton**, Jones Day, counsel for Petitioner Citadel Securities LLC.

37. **MacLean, Matthew J.**, Pillsbury Winthrop Shaw Pittman LLP, counsel for NYSE Intervenor-Applicants.

38. **Matro, Daniel E.**, counsel for Respondent United States Securities and Exchange Commission.

39. **MEMX LLC**, member and participant of Intervenor-Applicant CAT LLC.

40. **Miami International Securities Exchange LLC**, member and participant of Intervenor-Applicant CAT LLC.

41. **MIAX Emerald, LLC**, member and participant of Intervenor-Applicant CAT LLC.

42. **MIAX PEARL, LLC**, member and participant of Intervenor-Applicant CAT LLC.

43. **Molzberger, Michael**, counsel for Intervenor-Applicants Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe C2 Exchange, Inc., and Cboe Exchange, Inc.

44. **Nasdaq BX, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

45. **Nasdaq GEMX, LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

46. **Nasdaq, Inc. (Nasdaq: NDAQ)**, sole owner of LLC interest in The Nasdaq Stock Market LLC and Nasdaq PHLX LLC and parent company of Nasdaq BX, Inc.

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 23-13396

47. **Nasdaq ISE, LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

48. **Nasdaq MRX, LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

49. **Nasdaq PHLX LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

50. **New York Stock Exchange LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

51. **NYSE American LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

52. **NYSE Arca, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

53. **NYSE Chicago, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

54. **NYSE National, Inc.**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC.

55. **Phillips, David**, Jones Day, counsel for Petitioner Citadel Securities LLC.

56. **Rabbitt, Brian C.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

57. **Roth, Yaakov M.**, Jones Day, counsel for Petitioner Citadel Securities LLC.

58. **The Nasdaq Stock Market LLC**, Intervenor-Applicant and member and participant of Intervenor-Applicant CAT LLC

59. **The Vanguard Group, Inc.**, owned 10% or more of Cboe Global Markets, Inc.'s common stock as of June 30, 2023.

60. **Thoma Bravo UGP, LLC**, owner of more than 10% of Nasdaq, Inc.'s shares.

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 23-13396

61. **Unikowsky, Adam G.**, counsel for Intervenor-Applicant Consolidated Audit Trail, LLC.

62. **United States Securities and Exchange Commission**, Respondent.

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 23-13396

Dated: December 5, 2023

Respectfully submitted,

/s/ *Daniel Matro*

Tracey A. Hardin
Daniel Matro
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-8248
matrod@sec.gov

*Counsel for Respondent United States Securities and Exchange Commission*

/s/ *Noel J. Francisco*

Noel J. Francisco
Yaakov M. Roth
Brian C. Rabbitt
Brinton Lucas
Joshua T. Hoyt
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

David Phillips
JONES DAY
4655 Executive Drive, Ste. 1500
San Diego, CA 92121

*Counsel for Petitioner Citadel Securities LLC*

/s/ *J. Michael Connolly*

J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Petitioner American Securities Association*

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 23-13396

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, the undersigned counsel hereby certify that no parent corporation, and no publicly held corporation has a 10% or greater ownership interest in the ASA.

Petitioner Citadel Securities LLC is a wholly owned, indirect subsidiary of Citadel Securities GP LLC. Counsel further certify that no publicly held corporation has a 10% or greater ownership interest in Citadel Securities GP LLC.

Dated: December 5, 2023

/s/ J. Michael Connolly
J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Petitioner American Securities Association*

Respectfully submitted,

/s/ Noel J. Francisco
Noel J. Francisco
Yaakov M. Roth
Brian C. Rabbitt
Brinton Lucas
Joshua T. Hoyt
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

*American Securities Association et al. v. United States Securities and Exchange Commission*, No. 23-13396

David Phillips
JONES DAY
4655 Executive Drive, Ste. 1500
San Diego, CA 92121

*Counsel for Petitioner Citadel Securities LLC*