In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13396

_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

Petitioners,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

Respondent.

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 34-98290

_____

ORDER:

2                          Order of the Court                          23-13396

The "Motion for Leave to Intervene by the Nasdaq Stock Market LLC, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, and Nasdaq PHLX LLC," seeking leave to intervene in support of Respondent, is GRANTED.

The "Motion to Intervene by Intervenor-Movants New York Stock Exchange LLC, NYSE American LLC, NYSE Arca, Inc., NYSE Chicago, Inc., and NYSE National, Inc.," seeking leave to intervene in support of Respondent, is GRANTED.

"Consolidated Audit Trail, LLC's Motion for Leave to Intervene," seeking leave to intervene in support of Respondent, is GRANTED.

The "Motion for Leave to Intervene in Support of Respondent by Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe C2 Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., and Cboe Exchange, Inc." is GRANTED.

The "Joint Motion to Set Briefing Schedule with Extensions of Certain Deadlines" is GRANTED as follows:

Petitioners' initial brief is due by February 8, 2024.

Respondents' response briefs are due by April 15, 2024.

Petitioners' reply brief, if any, is due by May 15, 2024.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE