In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13396

_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

Petitioners,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

Respondent,

THE NASDAQ STOCK MARKET, LLC,
NASDAQ BX, INC.,
NASDAQ GEMX, LLC,
NASDAQ ISE, LLC,
NASDAQ MRX, LLC,
et al.,

2                          Order of the Court                    23-13396

Intervenors.

———————————————

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 34-98290

———————————————

ORDER:

The motion for leave to file a brief as *amici curiae* in support of vacatur filed by the Cato Institute and Investor Choice Advocates Network is GRANTED.

The motion for leave to file a brief as *amicus curiae* in support of vacatur filed by the Futures Industry Association is GRANTED.

/s/ Nancy G. Abudu
UNITED STATES CIRCUIT JUDGE