APR 2 9 2024

ATLANTA, GA

Jason Sharp

1015 Hadden Rd

Rehobeth, AL 36301
jksharp2@gmail.com
775-525-1223
April 21, 2024

David J Smith

Clerk of CourtU

S Court of Appeals for the 11th Circuit

Case #23-13396

56 Forsythe St.

NW Atlanta, GA 30303

Dear Presiding Judge,

I hope this letter finds you well. As a retail investor deeply involved in the financial markets, I am writing to express my strong support for the Consolidated Audit Trail (CAT) system proposed by the Securities and Exchange Commission (SEC). The implementation of the CAT system is vital for ensuring transparency, fairness, and investor protection in our markets.

The CAT system's ability to aggregate and analyze trading data from various exchanges and trading venues is a significant advancement in market oversight. As a retail investor, having access to comprehensive and accurate information about market activities is crucial for making informed investment decisions and maintaining trust in the integrity of our financial system.

Furthermore, the CAT system's real-time monitoring capabilities can help detect and deter fraudulent activities, market manipulation, and insider trading. This not only protects retail investors like myself but also promotes fair competition and market efficiency.

I appreciate the SEC's efforts to address privacy concerns and implement robust data security measures within the CAT system. Ensuring the confidentiality and protection of investor data is paramount, and I am confident that the SEC's oversight will uphold these standards.

In summary, I urge Your Honor to support the implementation of the CAT system as it aligns with the SEC's mission to protect investors, maintain fair and orderly markets, and enhance market transparency. As a retail investor, I believe that the CAT system is

a crucial tool for fostering trust, integrity, and confidence in our financial markets.

Thank you for considering my perspective on this important matter.

Sincerely,

Jason Sharp

Jason Sharp
1015 Hadden Road
Rehobeth AL 36301

0009484984000011



David J Smith
Clerk of Court U.S. Court of Appeals for the 11th Circuit
56 Forsyth St.
N.W. Atlanta
Atlanta GA 30303
USA



PRESORTED
**FIRST-CLASS MAIL**
U.S. POSTAGE
PAID
LETTERSTREAM

CLEARED SECURITY

CJIWIPi    30303



SUSTAINABLE FORESTRY INITIATIVE   Certified Sourcing
www.sfiprogram.org
SFI-00411

