In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13396

_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

Petitioners,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

Respondent,

THE NASDAQ STOCK MARKET, LLC,
NASDAQ BX, INC.,
NASDAQ GEMX, LLC,
NASDAQ ISE, LLC,
NASDAQ MRX, LLC, et al.,

2                          Order of the Court                    23-13396

                                                                Intervenors.

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 34-98290

_____

ORDER:

The motion to withdraw attorney Timothy D. Katsiff as counsel is GRANTED.

The clerk is DIRECTED to terminate attorney Timothy D. Katsiff from appeal number 23-13396.


/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE