**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 18, 2024

Bubbie Gunter
26229 WALKER S RD #33
DENHAM SPRINGS, LA 70726

Appeal Number:  23-13396-DD
Case Style:  American Securities Association, et al v. U.S. Securities and Exchange
Commission
Agency Docket Number:  34-98290

## NO ACTION / DEFICIENCY NOTICE

Notice of receipt: Amicus Curiae Brief as to Not Party Bubbie Gunter. NO ACTION WILL BE
TAKEN This document was filed without leave of the court.

**No deadlines will be extended** as a result of your deficient filing.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")

You failed to comply with the CIP rules by:

- not including a CIP in your filing. See 11th Cir. R. 26.1-1(a)(1).

## ACTION REQUIRED

For motions for reconsideration or petitions for rehearing that are not permitted, no action is
required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the
correct court.**

For all other deficiencies, to have your document considered, you **must refile the entire
document** after all the deficiencies identified above have been corrected and you **must include**

any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

Please note that any filing submitted out of time must be accompanied by an appropriate motion, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice No Action Taken