**United States Court of Appeals**

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                   In Replying Give Number

Clerk                                       Of Case and Names of Parties

September 19, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JANUARY 13, 2025, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**

Court Sessions Supervisor
------------------------------------------------------------------------------------------------------------------------
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #7.***

| | |
|---|---|
| 23-10925 | United States v. Ivonne Lezcano (REVISED ARGUMENT DATE) |
| 23-11114 | United States v. Steven Morgan (REVISED ARGUMENT DATE) |
| 24-11996 | Jane Doe, et al. v. Surgeon General, State of Florida, et al. |
| 23-12580 | ECB USA, Inc., et al. v. Savencia Cheese USA, LLC, et al. (REVISED ARGUMENT DATE) |
| 23-10755 | United States v. Ralph Tovar |
| 23-12511 | Raquel Camps, et al. v. Roberto Bravo |
| 23-10690 | United States v. Santiago Alirio Gomez-Rivera, et al. |
| 23-13396 | American Securities Association, et al. v. U.S. Securities and Exchange Commission |
| 22-11470 | Edward J. DiMaria v. United States |
| 23-12273 | United States v. Joff Philossaint |
| 23-11630 | Sylvestre Point du Jour v. U.S. Attorney General |
| 24-11614 | United States v. Kh'Lajuwon Murat (REVISED ARGUMENT DATE) |
| 22-11182 | Manuel Balbin v. Alexis Johnson (REVISED ARGUMENT DATE) |
| 21-13468 | Jonathan Mullane v. Federico Moreno, et al. (REVISED ARGUMENT DATE) |
| 23-10069 | United States v. Darryl Odely, Jr. (REVISED ARGUMENT DATE) |
| 23-12744 | United States v. William Kamal (REVISED ARGUMENT DATE) |