# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13396

_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

Petitioners,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

Respondent,

THE NASDAQ STOCK MARKET, LLC,
NASDAQ BX, INC.,
NASDAQ GEMX, LLC,
NASDAQ ISE, LLC,
NASDAQ MRX, LLC, et al.,

2                     Order of the Court                     23-13396

Intervenors.

————————————

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 34-98290

————————————

ORDER:

The motion for an extension of time to and including September 30, 2024, to file Respondent and Intervenors' response to Petitioners' motion for stay and injunctive relief is GRANTED.


/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE