**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

———————

| | HEARING LOCATION | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing | | DAVID J. SMITH Clerk of Court United States Court of Appeals for the Eleventh Circuit (404) 335-6100 |
| | 12th Floor Courtroom James Lawrence King Federal Justice 99 N.E. 4th Street MIAMI, FLORIDA | |
| Clerk's Office Federal Justice Building 99 N.E. 4th Street Miami, Florida 33132 (305) 579-4430 | COURT CONVENES AT 9:00 A.M. (unless otherwise shown) | |

———————

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, JANUARY 14, 2025

| | |
|---|---|
| 23-10690 | United States v. Santiago Alirio Gomez Rivera, et al., Appellants |
| 23-13396 | American Securities Association, et al., Petitioners v. U.S. Securities and Exchange Commission |
| 23-12511 | Raquel Camps, et al. v. Roberto Bravo, Appellant/Cross Appellee |
| 23-11630 | Sylvestre Point du Jour, Petitioner v. U.S. Attorney General |

### WEDNESDAY, JANUARY 15, 2025

| | |
|---|---|
| 23-12273 | United States v. Joff Philossaint, Appellant |
| 23-10848 | United States v. Eduardo Martinez, Appellant |
| 23-12580 | ECB USA, Inc., et al., Appellants v. Savencia Cheese USA, LLC, et al. |
| 24-11996 | Jane Doe, et al. v. Surgeon General, State of Florida, et al., Appellants |

### THURSDAY, JANUARY 16, 2025

| | |
|---|---|
| 23-10069 | United States v. Darryl Odely, Jr., Appellant |
| 24-10425 | United States v. Matthew Zayas, Appellant |
| 23-12464 | Deepak Tulsiyan, et al., Appellants v. US Citizenship and Immigration Services, et al. (Consolidated with 23-12826, Madhu Kanapuram, et al., Appellants v. Director, US Citizenship and Immigration Services, et al.) |
| 21-13468 | Jonathan Mullane, Appellant v. Federico Moreno, et al. |

### FRIDAY, JANUARY 17, 2025

| | |
|---|---|
| 24-11614 | United States v. Kh'Lajuwon Murat, Appellant |
| 23-12744 | United States v. William Kamal, Appellant |
| 23-10925 | United States v. Ivonne Lezcano, Appellant |
| 22-11470 | Edward DiMaria, Appellant v. United States |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
11/08/24 - #7