In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13396

_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

Petitioners,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

Respondent,

THE NASDAQ STOCK MARKET, LLC,
NASDAQ BX, INC.,
NASDAQ GEMX, LLC,
NASDAQ ISE, LLC,
NASDAQ MRX, LLC, et al.,

2                          Order of the Court                    23-13396

Intervenors.

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 34-98290

_____

ORDER:

Petitioners' "Opposed Time-Sensitive Motion for Stay and Injunctive Relief" is DENIED . One member of the panel dissents and would grant the stay.

The motion of amici curiae Securities Industry and Financial Markets Association and Virtu Financial, Inc. to file an amicus brief in support of Petitioners' motion for a stay and injunctive relief is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION