# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————

No. 23-13396

————————

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

                                      Petitioners,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

                                      Respondent,

THE NASDAQ STOCK MARKET, LLC,
NASDAQ BX, INC.,
NASDAQ GEMX, LLC,
NASDAQ ISE, LLC,
NASDAQ MRX, LLC, et al.,

Intervenors.

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 34-98290

_____

ORDER:

The Petitioners' unopposed motion to continue the oral argument is  granted.

Oral argument will be held in Atlanta, Georgia, on Monday, February 3, 2025, at 2:00 p.m. ET.


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION