SPECIAL HEARING

**February 3, 2025**

**2:00 P.M. (Eastern Time)**

**ATLANTA, GEORGIA**

**COURTROOM #339**

No.23-13396  American Securities Association, et al., Petitioners v.
U.S. Securities and Exchange Commission

ATLANTA, GEORGIA
12/26/2024