In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13396

_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

                                        Petitioners,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

                                        Respondent,

THE NASDAQ STOCK MARKET, LLC,
NASDAQ BX, INC.,
NASDAQ GEMX, LLC,
NASDAQ ISE, LLC,
NASDAQ MRX, LLC, et al.,

2                          Order of the Court                          23-13396

                                                                    Intervenors.

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 34-98290

_____

ORDER:

Joshua T. Hoyt's Motion to Withdraw Appearance as Counsel for Petitioners in this matter is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION