# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13396
_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

                                                                 *Petitioners,*

versus

U.S. SECURITIES AND EXCHANGE COMMISSION,

                                                                 *Respondent,*

THE NASDAQ STOCK MARKET, LLC,
NASDAQ BX, INC.,
NASDAQ GEMX, LLC,
NASDAQ ISE, LLC,
NASDAQ MRX, LLC, et al.,

                                                                 *Intervenors.*

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 34-98290
_____

2　　　　　　　　　Order of the Court　　　　　　　　　23-13396

ORDER:

The Petitioners are DIRECTED to file a response to the petition for panel rehearing by September 17, 2025.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION