In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13396
_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

*Petitioners,*

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

*Respondent,*

THE NASDAQ STOCK MARKET, LLC,
NASDAQ BX, INC.,
NASDAQ GEMX, LLC,
NASDAQ ISE, LLC,
NASDAQ MRX, LLC, et al.,

*Intervenors.*

_____

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 34-98290
_____

2                      Order of the Court                 23-13396

Before JORDAN and BRASHER, Circuit Judges, and GERAGHTY,* District Judge.

PER CURIAM:

The Petition for Panel Rehearing filed by Intervenor Consolidated Audit Trail, LLC is DENIED.