In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13396

_____

AMERICAN SECURITIES ASSOCIATION,
CITADEL SECURITIES LLC,

Petitioners,

*versus*

U.S. SECURITIES AND EXCHANGE COMMISSION,

Respondent,

THE NASDAQ STOCK MARKET, LLC,
NASDAQ BX, INC.,
NASDAQ GEMX, LLC,
NASDAQ ISE, LLC,
NASDAQ MRX, LLC, et al.,

Intervenors.

ISSUED AS MANDATE 9/30/2025

2                                                          23-13396

————————————

Petition for Review of a Decision of the
Securities and Exchange Commission
Agency No. 34-98290

————————————

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion is-
sued on this date in this appeal is entered as the judgment of this
Court.

Entered: July 25, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 9/30/2025